Fill in this information to identify the case:

Debtor name | Kroskob Bros Farms, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Agco Plus PO Box 2000 Johnston 50131 | | | | | | $19,469.33 |
| AgDirect PO Box 2409 Omaha, NE 68103 | | | | $717,849.00 | $0.00 | $717,849.00 |
| American AgCredit, FLCA, American AgCredit, ACA, American AgCredit, PCA 4845 Old Redwood Highway Santa Rosa, CA 95403 | | | Disputed | $19,034,885.81 | $0.00 | $19,034,885.81 |
| Case PO Box 5787 Carol Stream, IL 60197 | | | | $1,523,497.00 | $0.00 | $1,523,497.00 |
| CH Brown 20 W Frontage Rd. Wheatland, WY 82201 | | | | $492,000.00 | $0.00 | $492,000.00 |
| CHS 101 S Detroit Ave, CO Yuma, CO 80759 | | | | | | $410,190.72 |
| CHS Capital 5500 Cenex Drive Inver Grove Heights, MN 55077 | | | | | | $651,852.87 |
| CNH Industrial PO Box 5787 Carol Stream, IL 60197-5787 | | | | | | $107,589.46 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    Kroskob Bros Farms, LLC
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| H-R - Tire 420 E Chestnut St, , CO Sterling, CO 80751 | | | | | | $5,125.40 |
| John Deere PO Box 5328 Madison, WI 53705 | | | | $261,709.00 | $0.00 | $261,709.00 |
| John Deere PO Box 650215 Dallas, TX 75265-0215 | | | | | | $153,510.00 |
| PAR Enterprise 16589 State Hwy 52 Wiggins, CO 80654 | | | | | | $6,000.00 |
| PHI Financial Services PO Box 733260 Dallas, TX 75373 | | | | | | $48,316.18 |
| Sterling Fuels 213 E Chestnut St Sterling, CO 80751 | | | | | | $15,714.59 |
| Taylor Implement 451 US-24 Hoxie, KS 67740 | | | Disputed | | | $15,000.00 |
| Translease 1400 W 62nd Ave. Denver, CO 80221 | | | | $151,605.00 | $0.00 | $151,605.00 |
| U.S. Small Business Administration Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive, Suite 100 Little Rock, AR 72202 | | | | $134,287.30 | $0.00 | $134,287.30 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy